IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 6:23-PO-00036-HBK |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| STEVEN D. ALMER, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on March 21, 2024:

IT IS HEREBY ORDERED that the defendant shall be released March 21, 2024. A certified Judgment and Commitment order to follow.

Date:     03/21/2024

*[signature]*

U.S Magistrate Judge

Order of Release - 1