ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEVEN D. ALMER,<br><br>                    Defendant. | Case No. 6:23-po-00036-HBK<br><br>[AS TO Citation #E1463127 CA/74 ONLY]<br><br>MOTION AND ORDER FOR DISMISSAL AND TO RECALL WARRANT |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss the Petition for Violation of Prob/Supervised Release (Prob Form 12C) Dkt. No. 25) against STEVEN D. ALMER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that the warrant be recalled.

DATED: May 7, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney

                                 By:   /s/ *Joshua B. Banister*
                                       JOSHUA B. BANISTER
                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Petition for Violation of Prob/Supervised Release (Prob Form 12C) Dkt. No. 25) against STEVEN D. ALMER, is dismissed, without prejudice, in the interest of justice, and the warrant is recalled.

DATED: May 7, 2026

_____
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

U.S. v. Almer
Case No. 6:23-po-00036-HBK