UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| May 7, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

STEVEN D. ALMER

     Defendant.

Case No. 6:23-po-00036-HBK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STEVEN D. ALMER ,

Case No.  6:23-po-00036-HBK  , 18 USC § 3565, from custody

       Release on Personal Recognizance

       Bail Posted in the Sum of $ $ _____

       Unsecured Appearance Bond $ $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

   X   (Other): **Violation Petition dismissed and time served.**

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 7, 2026 at 2:00 PM

By: _Chi Soo Kim_ _____

Magistrate Judge Chi Soo Kim